IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KITH JOHNSON | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO.: CCB-00-CV3216 |
| NATIONAL RAILROAD PASSENGER CORPORATION | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED SCHEDULING ORDER

Having considered the request of Plaintiff, Kith Johnson, and Defendant, National Railroad Passenger Corporation, and good cause having been shown, the Scheduling Order is amended, as follows:

1. The discovery deadline is extended to October 31, 2001.

2. Plaintiff shall provide updated Rule 26 (a)(2) disclosures re experts on or before September 3, 2001.

3. Defendant shall provide updated Rule 26 (a)(2) disclosures re experts on or before October 1, 2001.

4. Requests for Admissions shall be submitted by November 5, 2001.

5. The dispositive pretrial motions deadline is November 30, 2001.

6. The parties shall provide Rule 26 (e)(2) supplementation of disclosures and responses by September 28, 2001.

7. On or before October 31, 2001, at or near the close of discovery, the parties shall provide the

Court with an updated status report, at which time the Court shall schedule a pre-trial conference and trial schedule.

8. All other parts of the Scheduling Order remain in effect except as amended above.

7/11/01
Date

Catherine C. Blake, United States District Judge

cc: Guy M. Albertini, Esquire
David B. Goldstein, Esquire